**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID SHAPIRO,<br><br>    Plaintiff<br><br>v.<br><br>OLYMPUS AMERICA, INC.<br><br>    Defendant. | Civil Action File No. 3:26-cv-729<br><br>MAY 13, 2026 |

**DEFENDANT'S NOTICE OF REMOVAL**

COME NOW, Defendant OLYMPUS AMERICA, INC. ("Olympus " or "Defendant"), by and through their undersigned counsel, hereby remove this action from the State of Connecticut Superior Court of the Judicial District of Tolland at Rockville, Docket No.: **TTD-CV26-6036562-S** , to the United States District Court for the District of Connecticut, reserving all defenses and reserving all objections to venue based on 42 U.S.C. § 247d-6d(e)(1), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and 42 U.S.C. § 247d-6d(e)(1), on the following grounds:

**PLEADINGS, PROCESS, AND ORDERS**

1.    On May 12, 2026 Plaintiff David Shapiro (hereinafter referred to as "Plaintiff") commenced the above-entitled civil action in the Judicial District of Tolland, at Rockville Superior Court for the State of Connecticut by filing a Complaint therein entitled David Shapiro v. Olympus America, Inc., bearing Docket Number **TTD-CV26-6036562-S** . True and correct copies of the following documents are attached hereto and incorporated herein by reference as follows:

    a.    **Exhibit A** Complaint

    b.    **Exhibit B** Summons

    c.      **Exhibit C** Return of Service

    d.      **Exhibit D** State Court Docket Sheet

    e.      **Exhibit E** Corrected Summons and Complaint

2.      Defendant was served with the Summons and Complaint on April 15, 2026. (**Exhibit C**, Return of Service). Accordingly, this Notice of Removal is timely. 28 U.S.C. § 1446(b).

3.      The attached exhibits constitute all process, pleadings and orders upon the Defendant.

4.      Removal to this venue is proper because the State of Connecticut Superior Court of the Judicial District of Tolland at Rockville lies within the jurisdictional boundary of United States District Court for the District of Connecticut.  However, Defendants reserve all rights to contest venue as improper under 42 U.S.C. § 247d-6d(e)(1).

## DIVERSITY

5.      The Complaint is brought by David Shapiro.

6.      As alleged in the Complaint, Plaintiff is a resident of Hartford, Connecticut.

7.      As alleged in the Complaint, Olympus is a foreign corporation organized under the laws of the State of New York, with a business address of 3500 Corporate Parkway, Center Valley, PA 18034.

8.      Corporate citizenship is determined by a corporation's state of incorporation and location of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As such, Olympus is a New York and/or Pennsylvania citizen. Accordingly, complete diversity exists between Plaintiff and the Defendant.

## AMOUNT IN CONTROVERSY

9.    Plaintiff's Complaint alleges two claims against the Defendant: (1) National Origin and Ancestry Discrimination in violation of C.G.S. § 46a-60(b)(1) and (2) retaliation in violation of C.G.S § 46a-60(b)(4). *See* Corrected Complaint **Exhibit E**. Plaintiff alleges that during his employment with Olympus, he was subjected to discrimination based on his Russian ancestry and national origin. Plaintiff alleges that he submitted a formal complaint regarding the discrimination to the Olympus human resources department in or around January of 2025. He alleges that after he reported the discriminatory treatment, he was retaliated against and ultimately forced to resign in April of 2025 due to a hostile and discriminatory work environment. Plaintiff claims that due to the subject incident, he was caused to suffer loss of wages and benefits of employment, has been deprived of the benefits of gainful employment into the future, has sustained emotional distress, and has incurred or will incur attorneys' fees and costs. As a result, the Defendant expects Plaintiff will seek at least $75,000 exclusive of fees and costs based upon all injuries damages by Plaintiff.

10.    During his employment with Olympus, Plaintiff was earning a base salary of approximately $70,000 per year with additional opportunities to earn commission. It has been over a year since Plaintiff's resignation. Plaintiff is also seeking attorney's fees and punitive damages. As a result, the Defendant expects Plaintiff will seek at least $75,000 exclusive of fees and costs based upon all injuries damages by Plaintiff.

11.    In removing this action, the Defendant does not admit any allegations and does not waive any defenses it may have to Plaintiff's claims.

## **TIMELINESS OF REMOVAL**

12.    This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiff's Complaint. 28 U.S.C. § 1446(b)(1). The instant removal is also within one year of commencement of the underlying action as required by 28 U.S.C. § 1446(c)(1). As noted above, Plaintiff commenced this action on May 6, 2026.

176537302.1

13.    Defendant will file in the Tolland Superior Court, and will serve upon Plaintiff's counsel, their Notice of Filing Notice of Removal to Federal Court dated May 13, 2026. A Copy has been appended hereto as **Exhibit F**.

**WHEREFORE**, having shown that this case is properly removable, Defendant provides notice pursuant to 28 U.S.C. § 1446 that the Action pending in the Superior Court of the Judicial District of Tolland at Rockville, State of Connecticut, is removed to the United States District Court for the District of Connecticut, and respectfully requests that this Court exercise jurisdiction over this case.

Respectfully submitted this 13th day of May, 2026.

Respectfully submitted,
DEFENDANT
**OLYMPUS AMERICA, INC.**

By: */s/ Christy E. Jachimowski / ct29980*
Christy E. Jachimowski
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street, Suite 2603
Hartford, CT 06103
HartfordEService@LewisBrisbois.com
Christy.Jachimowski@LewisBrisbois.com
Direct:  860.566.8045
Fax: 860.748.4857

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 13th day of May, 2026, a copy of the foregoing was filed

electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of

record for viewing via the Court's ECF system.

Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
mreilly@cicchielloesq.com
(Counsel for Plaintiff – David Shapiro)

*/s/ Christy E Jachimowski*
Christy E Jachimowski

176537302.1